**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ROSWELL CLINIC CORP. INC.,**

Plaintiff-Appellant,

v.                                                              **NO. 29,106**

**W. RAY SEIDEL, JR., MD.,**

Defendants-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**James Waylon Counts, District Judge**

Bannerman & Williams, PA
John A. Bannerman
William G. Gilchrist
Albuquerque, NM

for Appellant

Tandy Hunt, PC
Tandy L. Hunt
Roswell, NM

for Appellee

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____
**JONATHAN B. SUTIN, Judge**

_____
**MICHAEL E. VIGIL, Judge**